IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01083-BNB

WILLIAM MAUNZ,
Petitioner,

v.

DENVER DISTRICT CT,. CT. RM. 23, State of Colo., and
ATTY. GENERAL OFFICE, et al., State of Colo.,
Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 11 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Petitioner William Maunz initiated this action by filing *pro se* a document titled "Motion for 28 § 2254 Writ of Habeas Corpus Motion 28 § 1915(b) Leave to Proceed." In an order filed on May 22, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Maunz to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Maunz to file an application for a writ of habeas corpus on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Maunz was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On May 30, 2008, Mr. Maunz filed a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and a document titled "Criminal Complaint According to Fed. Crim. Code & Rules, Title 18 U.S.C. § 4 Misprison [sic] of Felony and C.R.S. 18-3-203." Mr. Maunz did not submit a copy of his inmate trust fund account statement with the *in forma pauperis* motion filed on May 30. On June 20, 2008, Mr.

Maunz filed a motion for an extension of time and a second motion seeking leave to proceed *in forma pauperis* that also lacks a copy of his inmate trust fund account statement. On June 24, 2008, Magistrate Judge Boland entered a minute order granting Mr. Maunz an extension of time to cure the deficiencies. On July 7, 2008, Mr. Maunz filed a notice of change of address. On July 10, 2008, Mr. Maunz filed a document titled "Criminal Complaint According to Federal Crim. Code & Rules Title 18 § 4, Misprison [sic] of Felony, C.R.S. Title 18-3-203 2nd Degree Assault." On July 15, 2008, Mr. Maunz filed a document titled "Motion to Enter Affidavit for Motion for Leave to Proceed Title 28 § 1915."

Mr. Maunz has failed to cure the deficiencies in this action within the time allowed. He has not filed on the proper form an application for a writ of habeas corpus and he has not submitted a certified copy of his inmate trust fund account statement in support of his motions seeking leave to proceed *in forma pauperis*. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 11 day of Aug, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01083-BNB

William Maunz
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/11/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk